<hr />

Richard J. Stansel, Plaintiff in Error, v. Samuel S. Rountree Surviving Partner of Rountree & Company, Defendant in Error.

(Supreme Court of Florida, En Banc, January 30, 1906.)

Writ of Error to Circuit Court, Madison County; Bascom H. Palmer, Judge.

*H. J. McCall* and *J. G. McCall,* for Plaintiff in Error.

*Chas. E. Davis,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of counsel for plaintiff in error.